UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

v

SHAHEED MINUS

ORDER

No. 14-585

This matter having been opened to the Court upon the request of the defendant for a review of the defendant's bail conditions, and the United States, represented by Paul Fishman, United States Attorney for the District of New Jersey (Robert Frazer, Assistant United States Attorney, appearing), and the defendant Shaheed Minus (Chester Keller, Assistant Federal Public Defender, appearing), and the Pretrial Services Agency (Elizabeth Charleston, appearing) and all listed parties having no objection to this request and for good and sufficient cause shown;

IT IS on this 1st day of May 2015,

ORDERED that the bail previously set is amended to change the third party custodian approved by the Pretrial Services Agency in this matter to now be the defendant's wife, Quiana Everette.

IT IS FURTHER ORDERED that the other previous conditions of release remain in effect.

HONORABLE MICHAEL HAMMER
UNITED STATES MAGISTRATE JUDGE